UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 25-2631 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 9, 2025, Defendant United States Department of Justice ("Defendant" or "DOJ") and Plaintiff Judicial Watch, Inc., by and through undersigned counsel, hereby submit this initial joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.      Background: This case involves multi-part FOIA requests submitted to various DOJ components between April 2025 and June 2025, including the Executive Office for U.S. Attorneys ("EOUSA"), the Office of Information Policy ("OIP"), the National Security Division ("NSD"), and the Criminal Division ("CRM").  Each request seeks records concerning an individual named Michael Caputo and covering the more than eleven-year period from January 1, 2014, to the present.  Specifically, each request seeks: (i) investigative reports, memoranda, intelligence products, and interview transcripts or summaries regarding Mr. Caputo; (ii) subpoenas and other requests for information submitted to, records received from, and communications with Google/Alphabet or any other search engine or social media company concerning Mr. Caputo; and (iii) communications between DOJ personnel and officials or employees of other federal entities

1

that reference or mention Mr. Caputo. *See generally* ECF No. 1. Plaintiff filed suit on August 12, 2025. *See id.* Defendant answered on December 8, 2025. *See* ECF No. 8.

2. <u>Status of Plaintiff's FOIA requests:</u> Considering the breadth of Plaintiff's FOIA requests, all four DOJ components mentioned above have conferred with Plaintiff, through counsel, regarding potential ways to narrow the scope of the requests. DOJ understands that Plaintiff requires time to consider and respond to the narrowing proposals. Accordingly, Defendant is not presently able to propose a processing schedule and reserves the right to brief all relevant issues—including that the requests are overbroad and unduly burdensome—if the parties are unable to reach agreement on narrowing the requests. Notwithstanding those narrowing efforts, EOUSA, OIP, and NSD report as follows:

> a. <u>EOUSA:</u> EOUSA states that a search for records located in EOUSA has revealed no responsive records with respect to parts 1 and 2 of Plaintiff's request.

> b. <u>OIP:</u> OIP states that it has initiated searches and will refine its initial search parameters based on narrowing discussions with Plaintiff, as applicable.

> c. <u>NSD:</u> NSD states that it has initiated searches across identified offices and custodians likely to possess responsive records, is awaiting the return of all search results, and is currently processing records received to date, including conducting responsiveness and de-duplication reviews.

3. *Open America* <u>Stay:</u> At present and depending on the outcome of narrowing discussions with Plaintiff, Defendant does not anticipate seeking an *Open America* stay in this matter.

4. *Vaughn* <u>Index and Dispositive Motions:</u> The parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time.

5.       Once Defendant releases all nonexempt responsive records, the parties will confer and attempt to narrow or resolve any substantive issues of disagreement.

6.       <u>Proposed Next Steps:</u> Considering the above, the parties propose filing another joint status report in approximately 90 days, on or before April 13, 2026.

Dated: January 13, 2026                                   Respectfully submitted,
        Washington, D.C.

                                                          JEANINE FERRIS PIRRO
                                                          United States Attorney

/s/ Christina Bobb                          By:      /s/ Benjamin H. Zieman
Christina Bobb                                       Benjamin H. Zieman
D.C. Bar No. 09921326                                Assistant United States Attorney
Judicial Watch, Inc.                                 601 D Street N.W.
425 Third Street SW, Suite 800                       Washington, D.C. 20530
Washington, DC 20004                                 202-252-2540
202-646-5172
cbobb@judicialwatch.org                     *Attorneys for the United States of America*

*Counsel for the Plaintiff*

3